# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

JAMES DAVID MCBROOM,  Case No. 16-CV-0740 (PAM/SER)

      Petitioner,

v.  **ORDER**

MINNESOTA CORRECTIONAL FACILITY
– OAK PARK HEIGHTS, et al.

      Respondent.

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Steven E. Rau.  No objections to the Report and Recommendation were filed within the requisite time period.  Accordingly, **IT IS HEREBY ORDERED that**:

1. The R&R (Docket No. 11) is **ADOPTED**; and

2. Plaintiff McBroom's "Notice of Motion and Motion in Regards to Relief Requested in the Habeas Corpus Petition and Memorandum of Law Presently Before this Court" (Docket No. 4) is **DENIED WITHOUT PREJUDICE**.


Dated:  May 18, 2016        *s/Paul A. Magnuson*
      Paul A. Magnuson
      United States District Court Judge